**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JON MULKEY, on behalf of himself and all others similarly situated, | |
| Plaintiff, | CASE NO. 1:24-CV-00635 |
| v. | |
| FOUR HANDS, LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jon Mulkey, through his undersigned attorneys, hereby dismisses this action without prejudice, with each party to bear their own fees, costs and expenses.

Dated:  August 15, 2024

Respectfully submitted,

*/s/ Joe Kendall*
Joe Kendall
Texas Bar No. 11260700
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Telephone: 214/744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com

***Attorneys for Plaintiff and the Proposed Class***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record

on August 15, 2024 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

/s/ *Joe Kendall*
JOE KENDALL